UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA                  :

                                          :        **ORDER**

v.                                        :

                                          :        S2 25 CR 91-3 (VB)

JUSTICE BEARD                             :
                        Defendant.        :
-------------------------------------------------------x

For the reasons discussed on the record on April 22, 2026, Ezra Spilke, Esq., is relieved

as defendant's counsel.  Esere Onaodowan, Esq., is appointed as defendant's counsel pursuant to

the Criminal Justice Act.

Dated: April 22, 2026
       White Plains, NY

                                          SO ORDERED:

                                          _____
                                          Vincent L. Briccetti
                                          United States District Judge