UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

USA,
Plaintiff(s),

v.

JUSTICE BEARD,
Defendant(s).
---------------------------------------------------------x

**CALENDAR NOTICE**

25-CR-91-3 (VB) and
13-CR-880-16 (VB)

**PLEASE TAKE NOTICE** that the above-captioned case has been scheduled/ re-scheduled for:

___ Status conference
___ Telephone conference
___ Pre-motion conference
___ Settlement conference
___ Oral argument
___ Bench ruling on motion
___ Final pretrial conference
___ Jury selection and trial
___ Bench trial
___ Suppression hearing
___ Plea hearing
_x_ Sentencing

on February 2, 2027, at 10:00 a.m., in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. **The defendant's submission is due 1/19/2027. The government's submission is due 1/26/2027**.

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(G) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: October 29, 2026
White Plains, NY

SO ORDERED:

______________________________
Vincent L. Briccetti
United States District Judge