UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

-against-

JUSTICE BEARD,

Defendant.
-----------------------------------------------------------X

**MEMORANDUM**

13 Cr. 880 (VB)

25 Cr. 91 (VB)

TO: HONORABLE VINCENT L. BRICCETTI, UNITED STATES DISTRICT JUDGE

Please find attached a transcript of the October 30, 2026 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: November 9, 2026
White Plains, New York

Respectfully submitted,

Andrew Krause

ANDREW E. KRAUSE
United States Magistrate Judge

November 9, 2026

This transcript represents my Report and Recommendation to the Honorable Vincent L. Briccetti, United States District Judge.

**SO ORDERED.**

ANDREW E. KRAUSE
United States Magistrate Judge