UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x

UNITED STATES OF AMERICA, :
:
v. :
:
JUSTICE BEARD, :
Defendant. :

---------------------------------------------------x

**ORDER ACCEPTING**
**PLEA ALLOCUTION**

S2 25 CR 91-3 (VB)

The Court has reviewed the transcript of the plea allocution in the above-captioned case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Andrew E. Krause, United States Magistrate Judge, dated October 28, 2026,[1] is approved and accepted, and the defendant is adjudged guilty of the lesser included offense charged in Count One, the lesser included offense charged in Count Four, and Count Twelve of the S2 superseding indictment.

The Clerk is directed to enter the guilty plea.

Dated: November 13, 2026
White Plains, NY

SO ORDERED:

[signature]

Vincent L. Briccetti
United States District Judge

---

1 The transcript containing defendant's plea allocution is dated October 30, 2026. However, it is clear from the ECF docket and the statements made during the allocution that the plea took place on October 28, 2026.